*UNITED STATES GOVERNMENT*

NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL

Contempt, Compliance, and Special Litigation Branch
1015 Half Street, S.E. – Fourth Floor
Washington, D.C.  20003

September 5, 2025

Molly C. Dwyer, Clerk of Court
United States Court of Appeals
for the Ninth Circuit
Office of the Clerk
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

Re:   *Amazon.com Services, LLC, et al. v. National Labor Relations Board, et al.*, No. 25-886 (argument heard Aug.15, 2025)

Dear Ms. Dwyer:

      The National Labor Relations Board, et al. ("NLRB") respectfully submits this letter in light of the Second Emergency Motion for Stay Pending Appeal ("Second Motion") filed this morning by Plaintiffs-Appellants Amazon.com Services, LLC, et al. ("Amazon"). ECF 55. The NLRB opposes the Second Motion and will present arguments explaining why it is both procedurally defective and substantively meritless in its forthcoming opposition. At this moment, it is critical to identify if and when the Court expects to receive this response.

      Last week, the Court ordered the parties to submit supplemental briefing regarding the Norris-LaGuardia Act, 29 U.S.C. § 101 et seq., and the interpretation of the Act offered by another court of appeals in *Space Exploration Technologies Corp. v. NLRB*, — F.4th —, 2025 WL 2396748 (5th Cir. Aug. 19, 2025) ("*SpaceX*"). That briefing is due on September 12. ECF 54.

Amazon requests a court ruling on its Second Motion by September 11, one day before supplemental briefing is due. Accordingly, the NLRB requests clarification on its deadline for responding to the Second Motion, as Amazon has demanded relief earlier than the standard ten-day deadline for responses to emergency motions. *See* Fed. R. App. P. 27(a)(3)(A) (responses to motions must generally be filed within 10 days).

The NLRB intends to follow up on this request with a call to the Clerk's office together with counsel for Amazon and counsel for Intervenor-Appellee Teamsters Amazon National Negotiating Committee.

        Respectfully submitted,

        <u>/s/ David P. Boehm</u>
        DAVID P. BOEHM
        *Senior Attorney*
        NATIONAL LABOR RELATIONS BOARD
        1015 Half Street S.E., 4th Floor
        Washington, D.C. 20570
        Tel: (202) 273-4202