# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 24, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 3 0 2026

FILED _____

Re: Amazon.com Services LLC, et al.
v. National Labor Relations Board, et al.
Application No. 25A1051
(Your No. 25-886)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on March 24, 2026, extended the time to and including May 28, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Miguel A. Estrada
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, DC 20036


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526